O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NANCY JANE GEIGER, | ) | NO.  SACV 19-02299-CAS (AGR) |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| TRAVIS MOSSBROOKS, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report") and the Objections. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Defendants' motion for summary judgment is granted and judgment is entered dismissing this action with prejudice.

DATED: October 15, 2021

_____
CHRISTINA A. SNYDER
United States District Judge