JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY JANE GEIGER, | NO. SACV 19-02299-CAS (AGR) |
| Plaintiff, | |
| v. | JUDGMENT |
| TRAVIS MOSSBROOKS, et al., | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants' motion for summary judgment is granted and the entire action is dismissed with prejudice.

DATED: October 15, 2021

CHRISTINA A. SNYDER
United States District Judge